FILED

04/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0677

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0677

_____

JUAN ANASTASIO RODRIGUEZ,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

A M E N D E D
O R D E R

_____

Pursuant to Appellant's motion for a 120-day extension to time to file the opening brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time to and including August 20, 2024, to file the opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 29 2024